

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2021

No. 04-21-00229-CV

Paul J. **KITTLE,** Jr.,
Appellant

v.

Patricia **KITTLE**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-16245
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Appellant's brief was due on August 16, 2021. Neither the brief nor a motion for extension of time has been filed. We therefore **ORDER** appellant to file, **by September 17, 2021**:

(1) his brief; and
(2) a written response reasonably explaining: (a) his failure to timely file a brief; and (b) why appellee is not significantly injured by appellant's failure to timely file a brief.

If appellant fails to timely file the brief and written response required by this order, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant fails to comply with court order).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2021.



MICHAEL A. CRUZ, Clerk of Court